# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
**Elder Danilo CHAJON-Jolon**

**CRIMINAL COMPLAINT**

Case Number: C-18-3666m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **August 28, 2018** in **Hidalgo** County, in the
(Date)
Southern     District of     Texas     defendant,     **Elder Danilo CHAJON-Jolon**

being an alien to the United States, did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title ___**8**___ United States Code, Section(s) ___**1325**___.
I further state that I am a(n) ___**Border Patrol Agent**___ and that this complaint is based on the
Official Title
following facts:

On September 1, 2018, Aransas County Sheriff's Deputies conducted a traffic stop, which resulted in a bailout. Deputies detained six subjects and contacted Border Patrol Agents for assistance. Border Patrol Agents responded and encountered Elder Danilo CHAJON-Jolon. Agents determined CHAJON to be a citizen and national of Guatemala without any valid immigration documents to enter or remain in the United States legally. CHAJON stated he entered the United States illegally by crossing the Rio Grande River on or about August 28, 2018 near Hidalgo, Texas. CHAJON entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution of CHAJON for violation of Title 8 USC 1325, Illegal Entry into the United States.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Signature of Complainant
**Antonino Gonzalez Jr.**
Printed Name of Complainant

**September 2, 2018**                     at               Corpus Christi, Texas
Date                                                        City and State

**Jason B. Libby  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

U.S. Department of Homeland Security