United States District Court
Southern District of Texas
**ENTERED**
September 04, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 2:18−mj−03666 |
| Elder Danilo Chajon−Jolon | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Counsel will be notified electronically via CM/ECF.

ORDERED the 4th of September 2018.

*Jason Libby*
Jason Libby
United States Magistrate Judge